AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

2020 NOV -9 PM 5: 32

Rcvd by _____

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Thomas J. Walker<br>1917 Sterling Ave. Cinicinnati, OH 45239 or<br>4896 Hunt Rd, Cinicnnati OH 45242<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:13-cr-21 GFVT |

**COPY**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Thomas J. Walker                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

1) Commission of federal, state or local crime
2) Commission of federal, state or local crime
3) Failure to follow instructions of Probation Officer

Date:  11/09/2020

_____
*Issuing officer's signature*

City and state:  FRANKFORT, KY

ROBERT R. CARR
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>                                                   _____<br>                                                   *Arresting officer's signature*<br><br>                                                   _____<br>                                                   *Printed name and title* |

PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Thomas J. Walker  Case Number: 3:13-CR-021-GFVT-01

Name of Sentencing Judicial Officer: The Honorable Gregory F. Van Tatenhove, United States District Court Judge

Eastern District of Kentucky
FILED
NOV 09 2020
AT FRANKFORT,
ROBERT R. CARR
CLERK U S DISTRICT COURT

Date of Original Sentence: April 15, 2014

Date of Revocation: June 13, 2017

Original Offense: Conspiracy to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 841 (a)(1) and 846, a Class B felony

Original Sentence: 60 months imprisonment with 60 months term of supervised release to follow

Revocation Sentence: 21 months imprisonment with 60 months term of supervised release to follow

Type of Supervision: Supervised Release   Date Supervision Commenced: 10/29/2018

Asst. U.S. Attorney: Gary Todd Bradbury   Defense Attorney: Pamela Dae Perlman

November 6, 2020
Page 2

RE: Walker, Thomas J.
    Dkt. # 3:13-CR-021- GFVT-01
    PROB 12C

## NON-COMPLAINCE

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1     **You must not commit another federal, state or local crime.**

On June 21, 2020, it is alleged that Thomas Walker punched the mother of his child in the face and stomach. When she attempted to call 911, it is alleged he grabbed her phone and slammed it on the ground, causing it to shatter. On October 5, 2020, Mr. Walker was pulled over for a traffic violation and was arrested for outstanding warrants for Domestic Violence, case 20CRB11979A, Assault, case 20CRB11979B and Criminal Damaging, case 20CRB11979C, in Hamilton County Municipal Court.

Thomas Walker was scheduled to appear in court on November 4, 2020. However, he failed to appear. A bench warrant was subsequently issued.

2     **You must not commit another federal, state or local crime.**

On October 27, 2020, Thomas Walker was charged with Violating a Temporary Protection Order in Hamilton County Municipal Court, case 20CRB20646. It is alleged that he contacted the victim in the above Domestic Violence, Assault and Criminal Damaging cases via text messages between October 20, 2020 to October 25, 2020. A warrant was issued at that time.

Mr. Walker advised that he was aware of the new charges and claimed it was the reason he did not appear in court as ordered.

3     **Condition 13: You must follow the instructions of the probation officer related to the conditions of supervision.**

This officer contacted Mr. Walker on November 4, 2020 to discuss the outcome of his court hearing. He advised that he did not appear in court. He was aware a Violation of T.P.O had been issued and he did not want to go to jail. Mr. Walker was instructed to turn himself in to resolve the warrants. He was specifically advised to do so by the morning of November 5, 2020 or this officer will notify the court. Mr. Walker did not turn himself as instructed. However, he was ultimately arrested on November 6, 2020. It's unclear at this time if he surrendered himself or not.

November 6, 2020
Page 3

RE: Walker, Thomas J.
    Dkt. # 3:13-CR-021-GFVT-01
    PROB 12C

**U.S. Probation Officer Recommendation**: This officer respectfully recommends a warrant be issued and lodged as a detainer. He is currently in the custody of the Hamilton County Jail on Ohio state charges.

☐ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

*Marquita Howard*

Marquita L. Howard
U.S. Probation Officer
November 6, 2020

Approved,

*Shawn P. Donoho*

Shawn P. Donoho
Senior U.S. Probation Officer
November 6, 2020

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☒ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

                                                Signature of Judicial Officer

                                       11-9-2020

                                                                  Date